FILED

11/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0324

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0324

_____

KALEB EDWARD DANIELS,

Petitioner and Appellant,

v.                                                         O R D E R

STATE OF MONTANA,

Respondent and Appellee.

_____

Appellant Kaleb Edward Daniels was granted an extension of time to file and serve his opening brief on or before November 14, 2022. Nothing further was filed and the opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than December 27, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 25 2022